**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00506-CV

**FITNESS EVOLUTION, L.P., ET AL., Appellants**

**V.**

**HEADHUNTER FITNESS, LLC, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00529-2010**

## ORDER

We **GRANT** appellants'/cross-appellees' unopposed November 11, 2013 motion for an extension of time to file a combined reply and cross-appellees' brief. Appellants shall file their combined reply and cross-appellees' brief on or before January 16, 2014.

/s/    ADA BROWN
       JUSTICE